BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Harjeet Kaur, <br><br> Plaintiff, <br><br> v. <br><br> Michael C. Biggs, et al. <br><br> Defendants. | No. 2:10-cv-3297 MCE EFB <br><br> JOINT STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER |

This is an immigration case in which plaintiff challenges the determination of inadmissibility pursuant to 8 U.S.C. § 1882(a)(6)(C)(I), the denial of her Application By Refugee For Waiver of Grounds of Excludability, and her application for adjustment of status by U.S. Citizenship and Immigration Services' (CIS). The government requests an additional 30-days in which to prepare its answer or other responsive pleading. Accordingly, the parties stipulate that the date for filing the government's answer, as well as the Joint Status Report, be extended to March 11, 2011.

Dated: February 8, 2011

                                                BENJAMIN B. WAGNER
                                                United States Attorney


                    By:    /s/Audrey Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants

By:   /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the Joint Status Report are due on March 11, 2011.

IT IS SO ORDERED.

Dated: February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE