BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harjeet Kaur,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael C. Biggs, et al.<br><br>    Defendants. | No. 2:10-cv-3297 MCE EFB<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT |

    This is an immigration case in which plaintiff challenges the determination of inadmissibility pursuant to 8 U.S.C. § 1882(a)(6)(C)(I), the denial of her Application By Refugee For Waiver of Grounds of Excludability, and her application for adjustment of status by U.S. Citizenship and Immigration Services' (CIS). The parties previously stipulated to one 30-day extension of time for the government to prepare its answer or other responsive pleading. The parties now advise that the matter will be reopened at the administrative level, and a Request for Evidence issued in advance of a reconsideration of the applications. It is expected that this process will be completed within three months. Accordingly, the parties stipulate to a second, 120-day extension, until June 10, 2011, for the filing of the joint status report and the government's answer or responsive pleading.

-1-

Dated: March 9, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the Joint Status Report are due on June 10, 2011.

IT IS SO ORDERED.

Dated: March 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE