BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harjeet Kaur, | No. 2:10-cv-3297 MCE EFB |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| Michael C. Biggs, et al. | |
| Defendants. | |

    This is an immigration case in which petitioner challenges the decision of U.S. Citizenship and Immigration Services (CIS) to deny a waiver of grounds of inadmissibility pursuant to 8 U.S.C. § 1882(a)(6)(C)(I), the denial of her Application By Refugee For Waiver of Grounds of Excludability, and her application for adjustment of status by CIS.  The parties now request that the case be held in abeyance, as CIS is reopening the matter at the administrative level.  Because the matter will be reopened, there will be no final administrative decision for this Court to review until the conclusion of that process.  Under these circumstances, good cause exists for modification of the pretrial scheduling order entered by this Court on September 20, 2011.  Upon conclusion of the reopened administrative proceedings, or by July 16, 2012, the parties will submit a joint status report indicating the case progress, and setting forth a new proposed scheduling order if appropriate.

    Accordingly, good cause having been demonstrated, the parties respectfully request that the case be held in abeyance pending reopening before CIS.

-1-

Dated: April 16, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is held in abeyance. A joint status report shall be filed no later than July 16, 2012.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-