UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARJEET KAUR,                                    No. 2:10-cv-03297-MCE-EFB

    Plaintiff,

  v.                                                <u>ORDER</u>

MICHAEL C. BIGGS, et al.,

    Defendants.

----oo0oo----

On April 20, 2012, this Court issued an Order (ECF No. 18) directing that this case be held in abeyance. Plaintiff's pending Motion for Summary Judgment (ECF No. 29) is therefore now DENIED without prejudice to refiling at such future time as may be appropriate.

    IT IS SO ORDERED.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1