```
BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729
```

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harjeet Kaur, ) | No. 2:10-cv-3297 MCE EFB |
| Plaintiff, ) | JOINT STATUS REPORT; ORDER |
| v. ) | |
| Michael C. Biggs, et al. ) | |
| Defendants. ) | |

This is an immigration case in which petitioner challenges the decision of U.S. Citizenship and Immigration Services (CIS) to deny a waiver of grounds of inadmissibility pursuant to 8 U.S.C. § 1882(a)(6)(C)(I), the denial of her Application By Refugee For Waiver of Grounds of Excludability, and her application for adjustment of status by CIS. The Court previously granted the parties' request that the case be held in abeyance, as CIS reopened the matter at the administrative level. As of the time of this filing, the matter remains open with CIS and there is no final administrative decision for this Court to review. CIS recently issued a Notice of Intent to Deny, and Plaintiff has an opportunity to respond to that Notice. Additional administrative proceedings may also be necessary. Under these circumstances, good cause exists to continue the period of abeyance of the federal lawsuit. The parties will submit a joint status report indicating the case progress, and setting forth a new proposed scheduling order if appropriate, by October 16, 2012.

Accordingly, good cause having been demonstrated, the parties respectfully request that the case continue to be held in abeyance pending a new decision from CIS.

Dated: July 16, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is held in abeyance. A joint status report shall be filed no later than October 16, 2012.

IT IS SO ORDERED.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE