**STUART F. DELERY**
Assistant Attorney General
Civil Division
**DAVID J. KLINE**
Director, District Court Section
**ELIZABETH J. STEVENS**
Assistant Director, District Court Section
United States Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9752
Facsimile: (202) 305-7000
e-mail: elizabeth.stevens@usdoj.gov
counsel for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| HARJEET KAUR, | Case No. 2:10-cv-03297-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL C. BIGGS, *et al.*, | |
| Defendants. | |

     The Court is in receipt of the parties' Joint Stipulation to Hold Case in Abeyance Pending Administrative Proceedings. (ECF No. 38.) Pursuant to the parties' Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED as follows:

     1.    This case will be held in abeyance until February 20, 2014.

     2.    The Court's Pretrial Scheduling Order of January 4, 2013 is VACATED.

     3.    The parties are directed to submit a Joint Status Report on or before January 27, 2014.

///

4.        Plaintiff's Motion for Summary Judgment (ECF No. 29) and Defendants' Cross-Motion for Summary Judgment (ECF No. 30) are DENIED without prejudice to refiling at such future time as may be appropriate.  Accordingly, the hearing on the parties' motions, currently set for August 22, 2013, is VACATED.

IT IS SO ORDERED.

Dated:  August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT