Robert B. Jobe
Sarah B. Castello
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 684-7293
Fax:   (415) 684-7293
Email: federal@jobelaw.com

Attorneys for Plaintiff

STUART F. DELERY
Assistant Attorney General
Civil Division
ELIZABETH J. STEVENS
Assistant Director, District Court Section
United States Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-9752
Fax: (202) 305-7000
Email: elizabeth.stevens@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJEET KAUR,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL C. BIGGS, et. al.,<br><br>           Defendants. | No. 2:10-CV-03297-MCE-EFB<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL** |

This is an immigration case in which Plaintiff challenges the denial of her Form I-485, Application for Adjustment of Status. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this action currently pending before the Court be dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

///

///

| | | |
|---|---|---|
| 1 | Dated: January 23, 2014 | Respectfully submitted, |
| 2 | | LAW OFFICE OF ROBERT JOBE |
| 3 | | /s/ Robert B. Jobe |
| | | Robert B. Jobe |
| 4 | | Sarah B. Castello |

Dated:  January 23, 2014           STUART F. DELERY
                                   Assistant Attorney General

                                    /s/ Elizabeth J. Stevens
                                        Elizabeth J. Stevens
                                   Assistant Director
                                   United States Department of Justice
                                   Office of Immigration Litigation
                                   District Court Section

**ORDER**

Pursuant to the parties' joint stipulation (ECF No. 40) and Federal Rule of Civil Procedure 41(a), this action is DISMISSED without prejudice.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  September 19, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT